D. Conn.
01-cv-205
Nevas, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of July, two thousand fourteen.

Present:
> Reena Raggi,
> Denny Chin,
> Raymond J. Lohier, Jr.,
> > *Circuit Judges*.

Luis Noel Cruz,

> *Petitioner*,

v. 14-1251

United States of America,

> *Respondent*.

Petitioner, *pro se*, moves for leave to file a successive 28 U.S.C. § 2255 motion in the United States District Court for the District of Connecticut. Upon due consideration, it is hereby ORDERED that the motion is DENIED as unnecessary and the matter is transferred to the district court for further proceedings. If a § 2255 motion is already pending in district court, pursuant to this Court's authorization under § 2255(h), the movant may seek to amend that motion to add claims without first requesting leave of this Court. *See United States v. MacDonald*, 641 F.3d 596, 603-04 (4th Cir. 2011); *cf. Whab v. United States*, 408 F.3d 116, 118 (2d Cir. 2005); *Ching v. United States*, 298 F.3d 174, 177-78 (2d Cir. 2002).

> FOR THE COURT:
> Catherine O'Hagan Wolfe, Clerk of Court

